# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re:   
    WILLIE D CARTER  
    HATTIE L CARTER  
        Debtors

Case No. 07-18412

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1) The case was filed on <u>10/08/2007</u>.

    2) The plan was confirmed on <u>02/01/2008</u>.

    3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on <u>NA</u>.

    4) The trustee filed action to remedy default by the debtor in performance under the plan on <u>NA</u>.

    5) The case was converted on <u>01/29/2009</u>.

    6) Number of months from filing to last payment: <u>16</u>.

    7) Number of months case was pending: <u>19</u>.

    8) Total value of assets abandoned by court order: <u>NA</u>.

    9) Total value of assets exempted: $<u>    67,747.00</u>.

    10) Amount of unsecured claims discharged without payment: <u>$0.00</u>.

    11) All checks distributed by the trustee relating to this case may not have cleared the bank.

UST Form 101-13-FR-S (4/1/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $8,625.00 |
| Less amount refunded to debtor | $650.00 |

**NET RECEIPTS:** $7,975.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,924.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $449.55 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,373.55

Attorney fees paid and disclosed by debtor: $1,576.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ABN AMRO MORTGAGE GROUP | Secured | 10,626.00 | 10,401.21 | 10,401.21 | 5,601.45 | 0.00 |
| ABN AMRO MORTGAGE GROUP | Secured | NA | NA | NA | 0.00 | 0.00 |
| AFFIRMATIVE INSURANCE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY LLC | Unsecured | 308.00 | NA | NA | 0.00 | 0.00 |
| BEST PRACTICES INPATIENT CARE | Unsecured | 47.42 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 2,601.00 | 1,470.40 | 1,470.40 | 0.00 | 0.00 |
| CERTEGY PAYMENT RECOVERY SVC | Unsecured | 42.21 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 795.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL AUTO | Secured | NA | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 568.00 | NA | NA | 0.00 | 0.00 |
| CONSOLIDATED PATHOLOGIC CONS | Unsecured | 127.00 | NA | NA | 0.00 | 0.00 |
| EQUIFAX RISK MANAGEMENT SERV | Unsecured | 206.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Priority | NA | 396.22 | 396.22 | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Unsecured | NA | 68.70 | 68.70 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE A-K | Unsecured | NA | 176.15 | 176.15 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE A-K | Priority | 2,872.00 | 6,210.46 | 6,210.46 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 5,918.73 | 5,918.73 | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 272.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 1,697.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE CARDIOLOGISTS | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE SANITARY DISTRICT | Unsecured | 101.00 | 32.48 | 32.48 | 0.00 | 0.00 |
| NORTHEAST RADIOLOGY | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| NORTHERN ILLINOIS EMERGENCY | Unsecured | 780.00 | NA | NA | 0.00 | 0.00 |
| OXFORD MGMT SERVICES | Unsecured | 5,321.00 | NA | NA | 0.00 | 0.00 |
| PENNSYLVANIA CYTOLOGY SERVIC | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS | Unsecured | 237.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 919.00 | 868.06 | 868.06 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 2,219.00 | 2,219.14 | 2,219.14 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | NA | 206.86 | 206.86 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (4/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PROACTIVE SOLUTION SKIN CARE | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| PROVENA ST THERESE MED CTR | Unsecured | 291.50 | NA | NA | 0.00 | 0.00 |
| ROBERT S BAKER LTD | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 878.00 | 878.48 | 878.48 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | NA | NA | NA | 0.00 | 0.00 |
| SENEX SERVICES | Unsecured | 975.00 | 994.54 | 994.54 | 0.00 | 0.00 |
| SHAKU CHHABRIA MD | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| SILVERLEAF RESORT INC | Unsecured | 457.00 | NA | NA | 0.00 | 0.00 |
| TRU GREEN CHEMLAWN | Unsecured | 310.00 | NA | NA | 0.00 | 0.00 |
| VISTA MEDICAL CENTER EAST | Unsecured | NA | 167.51 | 167.51 | 0.00 | 0.00 |
| WEST ASSET MANAGEMENT | Unsecured | 705.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $10,401.21 | $5,601.45 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$10,401.21** | **$5,601.45** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $6,606.68 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$6,606.68** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$13,001.05** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,373.55 |
| Disbursements to Creditors | $5,601.45 |
| **TOTAL DISBURSEMENTS:** | **$7,975.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

**UST Form 101-13-FR-S (4/1/2009)**

Dated: 05/14/2009                              By: /s/ Glenn Stearns
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (4/1/2009)**